**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Latasha Martin Lee and William David Wooten, Defendants,

Of whom William David Wooten is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2014-002403

-----

Appeal From Greenville County
Tarita A. Dunbar, Family Court Judge

-----

Unpublished Opinion No. 2015-UP-246
Submitted April 7, 2015 – Filed May 4, 2015

-----

**AFFIRMED**

-----

R. Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Jonathan Ashley Neal, of South Carolina Department of Social Services, of Greenville, for Respondent.

Robert John Stephenson, IV, of Robert J. Stephenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:** William David Wooten appeals the family court's order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Wooten's counsel.

**AFFIRMED.**[1]

**SHORT, LOCKEMY, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.